===============================================================

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

Elizabeth Student,
        Plaintiff,

   v.                            Civil Action No.: 1:18-CV-444 DNH-DJS

State University of New York,
State University of New York
at New Paltz,
        Defendants,

## JUDGMENT IN A CIVIL ACTION

 **X**   Acceptance of an Offer of Judgment Pursuant to  Fed. R. Civ. P. 68(a).

 **IT IS ORDERED AND ADJUDGED:** That upon the plaintiff's acceptance of an Offer of Judgment pursuant Fed. R. Civ. P. 68(a) dated September 18, 2019 to Defendants' Offer of Judgment, dated September 6, 2019, judgment is hereby entered in favor of the plaintiff  Elizabeth Student and against defendants State University of New York, and the State University of New York at New Paltz in the amount $200,000.00, inclusive of allowable costs and disbursements and reasonable attorney's fees accrued to date, for a total judgment in the amount of $200,000.00.

Date: October 2, 2019

*[Signature]*
Clerk of Court

ENTERED 10/02/2019
BY PTM                                  -S-

                                                Phillip T. McBrearty
                                               Deputy Clerk